SYLVESTER HOLMES, Respondent, *v.* COUNTY OF ERIE, Appellant.

Argued November 15, 1943; decided January 6, 1944.

*Elmer R. Weil* and *Ralph A. Lehr* for appellant.

*Harry Rosenberg,* Monroe County Legal Adviser, as *amicus curiæ,* in support of appellant.

*Truman H. Preston,* County Attorney, and *Charles T. Major* for Onondaga County and New York State County Officers' Association, as *amici curiæ* in support of appellant.

*Michael Catalano* and *Jacob Weissfeld* for respondent.

Order affirmed with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Dissenting: LEWIS, J.